IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IDARELA TERROSO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-222-SDJ-KPJ |
| | § | |
| FIESTA MART, L.L.C., | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 25, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #30) that this case be remanded for lack of subject-matter jurisdiction.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, this case is **REMANDED** to the 429th District Court of Collin County, Texas.

**So ORDERED and SIGNED this 29th day of November, 2021.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE